# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2025

## NO. 03-24-00450-CV

**Jeremy Justin McCombs, Appellant**

**v.**

**The State of Texas for the Protection of Lacey Faith McCombs, Appellee**

### APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on July 1, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.